IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| TIMOTHY ROBINSON | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-262 |
| DALLAS B. JONES, ET AL. | § | |

MEMORANDUM ORDER ACCEPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Timothy Robinson, a prisoner previously confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, filed this civil rights action pursuant to *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), against Dallas B. Jones and unidentified defendants.

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends denying plaintiff's motion for default judgment.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

ORDER

The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (docket entry #26) is **ADOPTED**. Plaintiff's motion for default judgment (docket entry #23) is **DENIED**.

**SIGNED** this the **30** day of **April, 2021.**

_____
Thad Heartfield
United States District Judge